**200**

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: R.I.L., a Minor**

**732 EDA 2017**

Superior Court of Pennsylvania.

9/27/2017

CP–51–AP–0001289–2016,    CP–51–DP–0002627–2014

(Philadelphia)

Affirmed

**IN the INTEREST OF: R.J.G.–L., JR., a Minor**

**736 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001291–2016
CP–51–DP–0002628–2014
(Philadelphia)

Affirmed

**IN the INTEREST OF: Q.R.B., a Minor**

**737 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001294–2016,    CP–51–DP–0002626–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.L., a Minor**

**738 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001295–2016,    CP–51–DP–0002630–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.J.L., a Minor**

**739 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001305–2016
CP–51–DP–0002629–2014
(Philadelphia)

Affirmed